**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Amanie Riley, on behalf of herself
and all others similarly situated,

Case No. 7:24-cv-03835-NSR

                Plaintiffs,

**<u>NOTICE OF VOLUNTARY</u>**
**<u>DISMISSAL</u>**
**<u>WITH PREJUDICE</u>**

     -against-

Huckberry, Inc.,

               Defendant.

  **PLEASE TAKE NOTICE**, that the above-entitled action against Defendant, Huckberry, Inc.,

shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), with prejudice; without

costs, or disbursements, or attorneys' fees to any party.

      Dated:    Hicksville, New York
               October 18, 2024

                               Respectfully submitted,

                               <u>/s/ *Mars Khaimov*</u>

                               Mars Khaimov, Esq.
                               Mars Khaimov Law, PLLC
                               100 Duffy Ave., Suite 510
                               Hicksville, NY 11801
                               mars@khaimovlaw.com